# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

ALEMEWORK AMBELLU,                   )
27 46th Street, S.E.                 )
Washington, DC 20019                 )
                                     )
ABEBAW YIGZAW,                       )
12421 New Hampshire Avenue           )
Silver Spring, MD 20904              )
                                     )
ABEBECH MELESE,                      )    Civil Action No.: _____
5225 Pooks Hill Road, Apt. 915N      )
Bethesda, MD 20814                   )
                                     )
ABEBECH ROBI,                        )
922 Emerson Street, N.W.             )
Washington, DC 20011                 )
                                     )
ABERA HAILE,                         )
916 Gibbons Street                   )
Alexandria, VA 22314                 )
                                     )
ABRAHAM SHIFERAW,                    )
6040 14th Street, N.W., Apt. 221     )
Washington, DC 20011                 )
                                     )
ADANECH SOLOMON,                     )
1408 Nicholson Street                )
Hyattsville, MD 20782                )
                                     )
AKELILE MITCHEL,                     )
9822 Hedin Drive                     )
Silver Spring, MD 20903              )
                                     )
ALEM YIMAN,                          )
14800 Hazelmoor Court, Apt. B-11     )
Silver Spring, MD 20906              )
                                     )
ALEMESHET MULUNEH,                   )
25 E Wayne Avenue, Apt. 301          )
Silver Spring, MD 20901              )
                                     )
ALMAZ MACO,                          )
7704 Down Court                      )
Laurel, MD 20707                     )

**AMARE TEKLE,**                                  )
**4723 Olympia Avenue**                           )
**Beltsville, MD 20705**                          )
                                                  )
**AYELECH GIRU,**                                 )
**11405 Woodington Terrace**                      )
**Potomac, MD 20854**                             )
                                                  )
**AYELEWORK AWOKE,**                              )
**9538 Lawnsberry Terrace**                       )
**Silver Spring, MD 20901**                       )
                                                  )
**AYEN ALEM BERHANU,**                            )
**649 Lamont Street, N.W.**                       )
**Washington, DC 20010**                          )
                                                  )
**AZMERA GEBREYESUS,**                            )
**2207 Bucknell Terrace**                         )
**Silver Spring, MD 20902**                       )
                                                  )
**BELAIE WOLDEMICHAELL,**                         )
**1933 Rosemary Hill Drive, Unit R3**             )
**Silver Spring, MD 20910**                       )
                                                  )
**BERHANU WOLDESEMAYAT**                          )
**8601 Manchester Road, Apt. # 322**              )
**Silver Spring, MD 20901**                       )
                                                  )
**BEYENECH DEMSSIE,**                             )
**735 Sligo Avenue, Apt. 110**                    )
**Silver Spring, MD 20910**                       )
                                                  )
**BEZUNESH TSEGAYE,**                             )
**5114 8th Street, N.W.**                         )
**Washington, DC 20011**                          )
                                                  )
**BIRTUKAN BESHA**                                )
**4816 Briercrest Court**                         )
**Bowie, MD 20720**                               )
                                                  )
**BIRTUKAN SENKE,**                               )
**602 Thayer Avenue**                             )
**Silver Spring, MD 20910**                       )
                                                  )
**BLEN GIZAW DEGEF,**                             )
**3051 Schubert Drive**                           )

Silver Spring, MD 20904        )
                                                  )

**ELFENESH ADERA,**         )
**25 E Wayne Avenue, Apt. 213**  )
**Silver Spring, MD 20901**      )
                                                  )

**EMWEDISH BEKELE,**       )
**14313 Georgia Avenue, Apt. # 103** )
**Silver Spring, MD 20906**      )
                                                  )

**ETAFERAHU YIRGA,**      )
**1400 Fenwick Lane, # 511**    )
**Silver Spring, MD 20910**      )
                                                  )

**ETHIOPIA GETE,**         )
**11437 Oak Leaf Drive**       )
**Silver Spring, MD 20901**      )
                                                  )

**ETHIOPIA TADDESE,**      )
**12164 Sweet Clover Drive**    )
**Silver Spring, MD 20904**      )
                                                  )

**EYERUSALEM DAGNACHEW,** )
**353 Crescendo Way**         )
**Silver Spring, MD 20901**      )
                                                  )

**FANAYE G/KIDAN,**        )
**8902 Talbot Avenue**        )
**Takoma Park, MD 20910**     )
                                                  )

**FREHIWOT BEKELE,**      )
**12108 Benjamin Street**     )
**Beltsville, MD 20705**        )
                                                  )

**GETACHEW METAFERIA,**   )
**10307 Royal Road**          )
**Silver Spring, MD 20903**      )
                                                  )

**GIRMA AWLACHEW,**      )
**3059 Mozart Drive**         )
**Silver Spring, MD 20904**      )
                                                  )

**GIRMA TESEMA,**         )
**1111 University Boulevard, Apt. 1210** )
**Silver Spring, MD 20902**      )
                                                  )

GREGORY BRAUER,                          )
1945 Fieldstone Way                       )
Frederick, MD 21702                       )
                                          )
HAILU GEBREYES,                          )
12630 Veirs Mill Road, Apt. 212          )
Rockville, MD 20853                       )
                                          )
HAIMANOT AMARE,                          )
12712 Robindale Drive                     )
Rockville, MD 20853                       )
                                          )
HAREGEWOIN KEFYALEW,                     )
1945 Fieldstone Way                       )
Frederick, MD 21702                       )
                                          )
HIRUT BABU ASHENAFI,                     )
1250 North Rolfe Street, Apt. 303        )
Arlington, VA 22209                       )
                                          )
KEFEY WOLE,                              )
301 Old Stone Road                        )
Silver Spring, MD 20904                   )
                                          )
KIBEBE W/YOHANNES,                       )
6000 13th Street, N.W., Apt. 306         )
Washington, DC 20011                      )
                                          )
KONGITE TADESSE,                         )
1111 University Boulevard, Apt. 1210     )
Silver Spring, MD 20902                   )
                                          )
LOZA BEKELE,                             )
2900 S. Glebe Road, Apt. # 110           )
Arlington, VA 22206                       )
                                          )
MARKOS ZELELEW,                          )
1913 Featherwood Street                   )
Silver Spring, MD 20904                   )
                                          )
MARTHA YIHEYIS,                          )
3059 Mozart Drive                         )
Silver Spring, MD 20904                   )
                                          )
MEBRAT BULI,                             )
203 Ritchie Parkway                       )

Rockville, MD 20852                                                )
                                                                   )
**MEDEMDEMIA BEKELE,**                                             )
**15208 Rockport Drive**                                           )
**Silver Spring, MD 20905**                                        )
                                                                   )
**MESERT BELAY,**                                                  )
**1555 Hugo Circle**                                               )
**Silver Spring, MD 20906**                                        )
                                                                   )
**MESFIN HABTU,**                                                  )
**110 Whispering Willow Way**                                      )
**Sandy Spring, MD 20860**                                         )
                                                                   )
**MESTAWOT BEKELE,**                                               )
**725 24th Street, N.W., Apt. 606**                                )
**Washington, DC 20037**                                           )
                                                                   )
**MICHAEL ASTATKIE,**                                              )
**13102 Shinnecock Drive**                                         )
**Silver Spring, MD 20904**                                        )
                                                                   )
**NEGEDE GIRMA**                                                   )
**12715 Robindale Drive**                                          )
**Rockville, MD 20853**                                            )
                                                                   )
**NEGESTE AZEB BEKELE,**                                           )
**15208 Rockport Drive**                                           )
**Silver Spring, MD 20905**                                        )
                                                                   )
**NEGUISSIE ASHENAFI,**                                            )
**1520 N. Queen Street, Apt. 2**                                   )
**Arlington, VA 22209**                                            )
                                                                   )
**PAULOS AMARE,**                                                  )
**220 20th Street**                                                )
**Arlington, VA 22202**                                            )
                                                                   )
**RAHEAL MEKURIA,**                                                )
**7056 Eastern Avenue, N.W., Apt. # T6**                           )
**Washington, DC 20012**                                           )
                                                                   )
**RAHEL DEBELA,**                                                  )
**12630 Veirs Mill Road, Apt. 1019**                               )
**Rockville, MD 20853**                                            )
                                                                   )

**ROMANA AYELE,**                                     )
**110 Whispering Willow Way**                          )
**Sandy Spring, MD 20860**                             )
                                                       )
**SAMUEL ABEBE,**                                     )
**10612 Edgewater Avenue**                             )
**Silver Spring, MD 20901**                            )
                                                       )
**SEBELE WOLDEGEBREAL,**                              )
**1656 Nordic Hill Circle**                            )
**Silver Spring, MD 20906**                            )
                                                       )
**SENAIT ASHENAFI,**                                  )
**15160 Callohan Court**                               )
**Silver Spring, MD 20906**                            )
                                                       )
**SENEDU BELACHEW,**                                  )
**9822 Hedin Drive**                                   )
**Silver Spring, MD 20903**                            )
                                                       )
**SHEMELES AREGA,**                                   )
**541 Randolph Street, N.W.**                          )
**Washington, DC 20011**                               )
                                                       )
**SHEWAYE HABTEMARIAM,**                              )
**4406 Bender Court**                                  )
**Burtonsville, MD 20866**                             )
                                                       )
**SOLOMON ABRAHA,**                                   )
**1024 Tracy Drive**                                   )
**Silver Spring, MD 20904**                            )
                                                       )
**SOLOMON MESHESHA,**                                 )
**1338 Longfellow Street, N.W.**                       )
**Washington, DC 20011**                               )
                                                       )
**SOLOMON TAFESSE,**                                  )
**3 Sonata Court**                                     )
**Silvery Spring, MD 20901**                           )
                                                       )
**TAKELE WOLDEHIWOT,**                                )
**3323 Mount Pleasant, N.W., Apt. # 6**                )
**Washington, DC 20010**                               )
                                                       )
**TEGUADED KEBEDE,**                                  )
**12742 Gladys Retreat Circle**                        )

Bowie, MD 20720                                    )
                                                   )
**TEKELEMARIAM TEKELEMARIAM,**                     )
43 K Street, N.W., Apt. 617                        )
Washington, DC 20001                               )
                                                   )
**TEMESGEN HAILU,**                                )
730 Otis Place, N.W.                               )
Washington, DC 20010                               )
                                                   )
**TESFAYE YOHANNES,**                              )
8923 Skyrock Court                                 )
Columbia, MD 21046                                 )
                                                   )
**TESFAYE MOGES,**                                 )
909 Longfellow Street, N.W., Apt. 101              )
Washington, DC 20011                               )
                                                   )
**TESHOME ASHENAFI,**                              )
13312 Dauphine Street                              )
Silvery Spring, MD 20906                           )
                                                   )
**TIGEST ABREHA,**                                 )
1024 Tracy Drive                                   )
Silver Spring, MD 20904                            )
                                                   )
**TIGIST ASHENAFI,**                               )
1230 N Scott Street, Apt. 204                      )
Arlington, VA 22209                                )
                                                   )
**TIRUNESH DAGNE,**                                )
4425 14th Street, N.W., Apt. 313                   )
Washington, DC 20011                               )
                                                   )
**TIRUWORK ABEBE,**                                )
3800 14th Street, N.W., Apt. 101                   )
Washington, DC 20011                               )
                                                   )
**TIRUWORK TESSEMA,**                              )
3348 Castle Ridge Circle, # 2                      )
Silver Spring, MD 20904                            )
                                                   )
**TSEGAYE KEBEDE,**                                )
5114 8th Street, N.W.                              )
Washington, DC 20011                               )
                                                   )

**TSEGEREDA GIZAW,**                          )
**3636 16th Street, N.W., Apt. B923**       )
**Washington, DC 20010**                      )
                                              )
**WESSEN DEBELA,**                            )
**1709 Stanley Manor Drive**                  )
**Silver Spring, MD 20904**                   )
                                              )
**WOINESHET KEBEDE,**                         )
**14800 Hazelmoor Court**                     )
**Silvery Spring, MD 20906**                  )
                                              )
**WOLDEBIRHAN NEGASH,**                       )
**12735 Turquoise Terrace**                   )
**Silver Spring, MD 20904**                   )
                                              )
**WORKABEBA FELEKE,**                         )
**12154 Sweet Clover Drive**                  )
**Silver Spring, MD 20904**                   )
                                              )
**WOULITA SEYOUM,**                           )
**9538 Lawnsberry Terrace**                   )
**Silver Spring, MD 20901**                   )
                                              )
**WUBAYEHU KASSA,**                           )
**12630 Veirs Mill Road, Apt. 1614**          )
**Rockville, MD 20853**                       )
                                              )
**YEAYNEABEBA DAGNACHEW,**                    )
**353 Crescendo Way**                         )
**Silver Spring, MD 20901**                   )
                                              )
**YEMESRACH ASFAW,**                          )
**3210 N. Leisure World Drive, Apt. 711**     )
**Silver Spring, MD 20906**                   )
                                              )
**YEMWODISH TAFESSE,**                        )
**415 North Jordan Street, Apt. 103**         )
**Alexandria, VA 22304**                      )
                                              )
**YESHI TEFERI,**                             )
**3051 Schubert Drive**                       )
**Silver Spring, MD 20904**                   )
                                              )
**YESHIALEM MENGISTU,**                       )
**7667 Maple Avenue, Apt. 406**               )

Takoma Park, MD 20912               )
               )

**YESHIEMBET GEBREYES,**     )
**1900 Lyttonsville Road**     )
**Silver Spring, MD 20910**    )
               )

**YESHIHREG MULATU,**    )
**904 Northwest Drive**      )
**Silver Spring, MD 20910**    )
               )

**YETEMWORK DABA,**     )
**10920 Connecticut Avenue, Apt. 421**  )
**Kensington, MD 20895**     )
               )

**YEZERAW ANDARGIE,**    )
**14221 Castle Boulevard**     )
**Silver Spring, MD 20904**    )
               )

**YIHEYIS YETEMEGNE,**    )
**1620 Parham Road**        )
**Silver Spring, MD 20903**    )
               )

**YOHANNES GIRMA,**      )
**1111 University Boulevard, Apt. 1210**  )
**Silver Spring, MD 20902**    )
               )

**YOHANNES MULATU,**     )
**1114 Tiffany Road**        )
**Silver Spring, MD 20904**    )
               )

**ZENEBECH TESFAYE,**     )
**3049 Shepperton Terrace**    )
**Silver Spring, MD 20904**    )
               )

**and**                     )
               )

**ZEWDITU ABEBA,**        )
**13252 Tivoli Lake Boulevard**   )
**Silver Spring, MD 20906**    )
               )

          **Plaintiffs,**        )
               )
               )
               )

           **v.**             )
               )

**RE'ESE ADBARAT DEBRE SELAM KIDIST**  )
**MARIAM, THE ETHIOPIAN ORTHODOX**  )
**TEWHADO RELIGION CHURCH,**  )
**1350 Buchanan Street, N.W.**  )
**Washington, DC 20011**  )
  )
       **Serve: Tewodros Woldesemayat (R/A)**  )
              **1350 Buchanan Street, N.W.**  )
              **Washington, DC 20011**  )
  )
**ABRAHAM HABTE SELASSIE,**  )
**5822 Nystrom Street**  )
**New Carrollton, MD 20784**  )
  )
**ADDISU ABEBE,**  )
**7504 Huntsman Place**  )
**Clinton, MD 20735**  )
  )
**AKLILU HABTE,**  )
**9410 Corsica Drive**  )
**Bethesda, MD 20814**  )
  )
**ALMAZ ZEWDE,**  )
**10954 Rampart Way**  )
**Silver Spring, MD 20902**  )
  )
**AMBACHEW DEMISSIE,**  )
**7600 Maple Avenue, Apt. 509**  )
**Takoma Park, MD 20912**  )
  )
**AMEHA DESTA,**  )
**415 Silver Spring Avenue, Apt. 405**  )
**Silver Spring, MD 20910**  )
  )
**BELAYNEH MENGESHA,**  )
**11905 Sweet Shrub Circle**  )
**Clarksburg, MD 20871**  )
  )
**BILILIGN MANDEFRO,**  )
**6901 Rolling Creek Way**  )
**Alexandria, VA 22315**  )
  )
**DIRES MASHO,**  )
**2836 Schubert Drive**  )
**Silver Spring, MD 20904**  )
  )

10

FEKREYOHANNES K. HAILE,         )
7444 Georgia Avenue, N.W.         )
Washington, DC 20012         )
         )
GETACHEW DEGEFU,         )
8671 Bent Arrow Court         )
Springfield, VA 22153         )
         )
GIRMA ATNAFE,         )
11405 Columbia Pike, Apt. C1         )
Silver Spring, MD 20904         )
         )
GIRMA TIRUNEH,         )
1435 Chapin Street, N.W., Apt. 106         )
Washington, DC 20009         )
         )
GIRUM GETACHEW,         )
1400 Aspen Street, N.W., # 303         )
Washington, DC 20012         )
         )
HAILU ZELEKE LEBU,         )
13810 Carter House Way         )
Silver Spring, MD 20904         )
         )
MARTHA KASSA ENGIDA,         )
11512 Bucknell Drive, Apt. 204         )
Silver Spring, MD 20902         )
         )
MEKONNEN GIZAW,         )
4512 Airlie Way, # A         )
Annandale, VA 22003         )
         )
MERSIE EJIGU,         )
9015 Edgepark Road         )
Vienna, VA 22182         )
         )
METENU TESFA,         )
6656 Georgia Avenue, N.W., Apt. 204         )
Washington, DC 20012         )
         )
MOGES SEYOUM,         )
5300 Holmes Run Parkway, Apt. 911         )
Alexandria, VA 22304         )
         )
MULUNEH WOLDETSADIK,         )
711 Keystone Park Drive         )

Morrisville, NC 27560                              )
                                                   )
**SERGOUT WORKU,**                                 )
**3111 Arundel Road**                              )
**Mt Rainier, MD 20712**                           )
                                                   )
**TADELE G. WOLDE,**                               )
**1807 Featherwood Street, Apt. # M710**           )
**Silver Spring, MD 20904**                        )
                                                   )
**TADESSE BEYENE,**                                )
**12630 Veirs Mill Road, Apt. T-16**               )
**Rockville, MD 20853**                            )
                                                   )
**TADIOS ESHETE,**                                 )
**1350 Buchanan Street, N.W.**                     )
**Washington, DC 20011**                           )
                                                   )
**TEKA MANAYE,**                                   )
**a/k/a TEKA MANAYE MADA**                         )
**6806 Red Top Road, Apt. 6**                      )
**Takoma Park, MD 20912**                          )
                                                   )
**TEMESGEN ASFAW KERSEMA,**                        )
**6377 Stagg Court**                               )
**Springfield, VA 22150**                          )
                                                   )
**TESFAYE MEKOYA ASSEGID,**                        )
**2239 Bachman Valley Road**                       )
**Manchester, MD 22102**                           )
                                                   )
**TEWODROS MULUGETA,**                             )
**12727 Robindale Drive**                          )
**Rockville, MD 20853**                            )
                                                   )
**WEREDE MEHRET,**                                 )
**8302 Garland Avenue, Apt. 6**                    )
**Takoma Park, MD 20912**                          )
                                                   )
**WORKNEH HAILE,**                                 )
**6376 Patience Court**                            )
**Alexandria, VA 22315**                           )
                                                   )
**ZELEALEM ANTENEH,**                              )
**1800 Avalon Place**                              )
**Hyattsville, MD 20783**                          )

|                                    |   |
|------------------------------------|---|
| **and**                            | ) |
|                                    | ) |
| **JOHN/JANE DOES, 1 through 20**   | ) |
|                                    | ) |
| **Defendants.**                    | ) |
|                                    | ) |

## COMPLAINT

Come now the Plaintiffs identified below, by their undersigned counsel, and for their Complaint against Defendants Re'ese Adbarat Debre Selam Kidist Mariam, The Ethiopian Orthodox Tewhado Religion Church (hereafter, the "Church") and the Individual Defendants identified below, state as follows:

## PARTIES

1.      Plaintiff Alemework Ambellu is an adult resident of Washington, DC who, from 2011 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

2.      Plaintiff Abebaw Yigzaw is an adult resident of Silver Spring, Maryland who, from 2013 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

3.      Plaintiff Abebech Melese is an adult resident of Bethesda, Maryland who, from 1999 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

4.      Plaintiff Abebech Robi is an adult resident of Washington, DC who, from prior to 2002 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

5.      Plaintiff Abera Haile is an adult resident of Alexandria, Virginia who, from prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

6.      Plaintiff Abraham Shiferaw is an adult resident of Washington, DC who, from early 2015 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

7.      Plaintiff Adanech Solomon is an adult resident of Hyattsville, Maryland who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

8.      Plaintiff Akelile Mitchel is an adult resident of Silver Spring, Maryland who, from 2014 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

9.      Plaintiff Alem Yiman is an adult resident of Silver Spring, Maryland who, from prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

10.     Plaintiff Alemeshet Muluneh is an adult resident of Silver Spring, Maryland who, from  prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

11.     Plaintiff Almaz Maco is an adult resident of Laurel, Maryland who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

12.     Plaintiff Amare Tekle is an adult resident of Beltsville, Maryland who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

13.     Plaintiff Ayelech Giru is an adult resident of Potomac, Maryland who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

14.     Plaintiff Ayelework Awoke is an adult resident of Silver Spring, Maryland who, from 2006 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

15.     Plaintiff Ayen Alem is an adult resident of Washington, DC who, from 2014 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

16.     Plaintiff Azmera Gebreyesus is an adult resident of Silver Spring, Maryland who, from 1991 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

17.     Plaintiff Belaie Woldemichaell is an adult resident of Silver Spring, Maryland who, from 2008 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

18.     Plaintiff Berhanu Woldesemayat is an adult resident of Silver Spring, Maryland who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

19.     Plaintiff Beyenech Demssie is an adult resident of Silver Spring, Maryland who, from 2013 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

20.     Plaintiff Bezunesh Tsegaye is an adult resident of Washington, DC who, from 2006 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

21.     Plaintiff Birtukan Besha is an adult resident of Bowie, Maryland who, from 2007 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

22.     Plaintiff Birtukan Senke is an adult resident of Silver Spring, Maryland who, from 1991 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

23.     Plaintiff Blen Gizaw Degef is an adult resident of Silver Spring, Maryland who, from early 2015 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

24.     Plaintiff Elfenesh Adera is an adult resident of Silver Spring, Maryland who, from 1991 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

25.     Plaintiff Emwedish Bekele is an adult resident of Silver Spring, Maryland who, from  prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

26.     Plaintiff Etaferahu Yirga is an adult resident of Silver Spring, Maryland who, from 2005 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

27.     Plaintiff Ethiopia Gete is an adult resident of Silver Spring, Maryland who, from prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

28.     Plaintiff Ethiopia Taddese is an adult resident of Silver Spring, Maryland who, from 2010 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

29.     Plaintiff Eyerusalem Dagnachew is an adult resident of Silver Spring, Maryland who, from 2012 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

30.     Plaintiff Fanaye G/Kidan is an adult resident of Takoma Park, Maryland who, from 2007 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

31.     Plaintiff Frehiwot Bekele is an adult resident of Beltsville, Maryland who, from 1991 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

32.     Plaintiff Getachew Metaferia is an adult resident of Silver Spring, Maryland who, from  until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

33.     Plaintiff Girma Awlachew is an adult resident of Silver Spring, Maryland who, from 2007 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

34.     Plaintiff Girma Tesema is an adult resident of Silver Spring, Maryland who, from prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

35.     Plaintiff Gregory Brauer is an adult resident of Frederick, Maryland who, from 2012 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

36.     Plaintiff Hailu Gebreyes is an adult resident of Rockville, Maryland who, from 2010 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

37.     Plaintiff Haimanot Amare is an adult resident of Rockville, Maryland who, from 2010 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

38.     Plaintiff Haregewoin Kefyalew is an adult resident of Frederick, Maryland who, from prior to 2002 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

39.     Plaintiff Hirut Babu Ashenafi is an adult resident of Arlington, Virginia who, from early in 2015 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

40.     Plaintiff Kefey Wole is an adult resident of Silver Spring, Maryland who, from prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

41.     Plaintiff Kibebe W/Yohannes is an adult resident of Washington, DC who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

42.     Plaintiff Kongite Tedesse is an adult resident of Silver Spring, Maryland who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

43.     Plaintiff Kumneger Gebremedhin is an adult resident of Springfield, Virginia who, from prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

44.     Plaintiff Laketch Abate is an adult resident of Washington, DC who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

45.     Plaintiff Legesse Tessema is an adult resident of Silver Spring, Maryland who, from 1997 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

46.     Plaintiff Loza Bekele is an adult resident of Arlington, Virginia who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

47.     Plaintiff Markos Zelelew is an adult resident of Silver Spring, Maryland who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

48.     Plaintiff Martha Yiheyis is an adult resident of Silver Spring, Maryland who, from 2005 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

49.     Plaintiff Mebrat Buli is an adult resident of Rockville, Maryland who, from 2013 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

50.     Plaintiff Medemdemia Bekele is an adult resident of Silver Spring, Maryland who, from 2010 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

51.     Plaintiff Mesert Belay is an adult resident of Silver Spring, Maryland who, from 2001 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

52.     Plaintiff Mesfin Habtu is an adult resident of Sandy Spring, Maryland who, from 2009 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

53.     Plaintiff Mestawot Bekele is an adult resident of Washington, DC who, from 2013 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

54.     Plaintiff Michael Astatkie is an adult resident of Silver Spring, Maryland who, from 2012 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

55.     Plaintiff Negede Girma is an adult resident of Rockville, Maryland who, from prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

56.     Plaintiff Negeste Azeb Bekele is an adult resident of Silver Spring, Maryland who, from prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

57.     Plaintiff Negussie Ashenafi is an adult resident of Arlington, Virginia who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

58.     Plaintiff Paulos Amare is an adult resident of Arlington, Virginia who, from 2013 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

59.     Plaintiff Raheal Mekuria is an adult resident of Washington, DC who, from prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

60.     Plaintiff Rahel Debela is an adult resident of Rockville, Maryland who, from 2011 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

61.    Plaintiff Romana Ayele is an adult resident of Sandy Spring, Maryland who, from 2002 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

62.    Plaintiff Samuel Abebe is an adult resident of Silver Spring, Maryland who, from 2010 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

63.    Plaintiff Sebele Woldegebreal is an adult resident of Silver Spring, Maryland who, from 1994 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

64.    Plaintiff Senait Ashenafi is an adult resident of Silver Spring, Maryland who, from prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

65.    Plaintiff Senedu Belachew is an adult resident of Silver Spring, Maryland who, from  prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

66.    Plaintiff Shemeles Arega is an adult resident of Washington, DC who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

67.    Plaintiff Shewaye Habtemariam is an adult resident of Burtonsville, Maryland who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

68.     Plaintiff Solomon Abraha is an adult resident of Silver Spring, Maryland who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

69.     Plaintiff Solomon Meshasha is an adult resident of Washington, DC who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

70.     Plaintiff Solomon Tafesse is an adult resident of Silver Spring, Maryland who, from 2005 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

71.     Plaintiff Takele Woldehiwot is an adult resident of Washington, DC who, from 2012 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

72.     Plaintiff Teguaded Kebede is an adult resident of Bowie, Maryland who, from 2005 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

73.     Plaintiff Tekelemariam Tekelemariam is an adult resident of Washington, DC who, from 2006 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

74.     Plaintiff Temesgen Hailu is an adult resident of Washington, DC who, from early 2015 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

75.     Plaintiff Tesfaye Yohannes is an adult resident of Columbia, Maryland who, from 2002 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

76.     Plaintiff Tesfaye Moges is an adult resident of Washington, DC who, from 2008 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

77.     Plaintiff Teshome Ashenafi is an adult resident of Silver Spring, Maryland who, from 2014 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

78.     Plaintiff Tigest Abreha is an adult resident of Silver Spring, Maryland who, from prior to 2006 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

79.     Plaintiff Tigest Ashenafi is an adult resident of Arlington, Virginia who, from 2014 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

80.     Plaintiff Tirunesh Dagne is an adult resident of Washington, DC who, from 2010 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

81.     Plaintiff Tiruwork Abebe is an adult resident of Washington, DC who, from 2013 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

82.     Plaintiff Tiruwork Tessema is an adult resident of Silver Spring, Maryland who, from 2011 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

83.     Plaintiff Tsegaye Kebede is an adult resident of Washington, DC who, from 2014 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

84.     Plaintiff Tsegereda Gizaw is an adult resident of Washington, DC who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

85.     Plaintiff Wessen Debela is an adult resident of Silver Spring, Maryland who, from prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

86.     Plaintiff Woineshet Kebede is an adult resident of Silver Spring, Maryland who, from 2005 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

87.     Plaintiff Woldebirhan Negash is an adult resident of Silver Spring, Maryland who, from  prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

88.     Plaintiff Workabeba Feleke is an adult resident of Silver Spring, Maryland who, from 2005 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

89.     Plaintiff Woulita Seyoum is an adult resident of Silver Spring, Maryland who, from 1997 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

90.     Plaintiff Wubayehu Kassa is an adult resident of Rockville, Maryland who, from 2010 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

91.     Plaintiff Yeayneabeba Dagnachew is an adult resident of Silver Spring, Maryland who, from 2009 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

92.     Plaintiff Yemesrach Asfaw is an adult resident of Silver Spring, Maryland who, from prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

93.     Plaintiff Yemwodish Tafesse is an adult resident of Alexandria, Virginia who, from prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

94.     Plaintiff Yeshi Teferi is an adult resident of Silver Spring, Maryland who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

95.     Plaintiff Yeshialem Mengistu is an adult resident of Takoma Park, Maryland who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

96.     Plaintiff Yeshiembet Gebreyes is an adult resident of Silver Spring, Maryland who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

97.     Plaintiff Yeshihreg Mulatu is an adult resident of Silver Spring, Maryland who, from 2009 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

98.     Plaintiff Yetemwork Daba is an adult resident of Kensington, Maryland who, from 2011 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

99.     Plaintiff Yezeraw Andargie is an adult resident of Silver Spring, Maryland who, from 2000 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

100.     Plaintiff Yiheyis Yetemegne is an adult resident of Silver Spring, Maryland who, from 2014 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

101.     Plaintiff Yohannes Girma is an adult resident of Silver Spring, Maryland who, from 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

102.     Plaintiff Yohannes Mulatu is an adult resident of Silver Spring, Maryland who, from prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

103.    Plaintiff Zenebech Tesfaye is an adult resident of Silver Spring, Maryland who, from prior to 2004 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

104.    Plaintiff Zewditu Abeba is an adult resident of Silver Spring, Maryland who, from prior to 2003 until September 24, 2015, attended the Defendant Church as a place of worship and participated in the Defendant Church as a voting Member of its General Assembly.

105.    Defendant Church is a District of Columbia non-profit member corporation organized under the laws of the District of Columbia that is located and conducts its regular activities in the District of Columbia.

106.    At all relevant times, the Defendant Church has exercised its authority through a so-called Committee of Concerned Church Members (the "Committee"), an Interim Board of Trustees (the "Interim Board"), and/or a successor Board of Trustees (the "Current Board"), with the active participation of the Church priests (the "Clergy").

107.    Known members of the Committee are Addisu Abebe, Akilu Habte, Almaz Zewde, Martha Engida, Sergout Worku and Bililign Mandefro.  The Committee also includes other members not presently known to Plaintiffs, referred to herein as John/Jane Does 1 through 20.

108.    Defendant Addisu Abebe is an adult resident of Clinton, Maryland.

109.    Defendant Akilu Habte is an adult resident of Bethesda, Maryland.

110.    Defendant Almaz Zewde is an adult resident of Silver Spring, Maryland.

111.    Defendant Martha Engida is an adult resident of Silver Spring, Maryland.

112.    Defendant Sergout Worku is an adult resident of Mt. Ranier, Maryland.

113.    Known members of the Interim Board are Ambachew Demisse, Amha Desta, Belayneh Mengesha, Girma Atnafe, Girum Getachew, Mekonnen Gizaw, Werede Mehret, and Zelealem Anteneh.

114.    Defendant Ambachew Demisse is a adult resident of Takoma Park, Maryland.

115.    Defendant Amha Desta is an adult resident of Silver Spring, Maryland.

116.    Defendant Belayneh Mengesha is an adult resident of Clarksburg, Maryland.

117.    Defendant Girma Atnafe is an adult resident of Silver Spring, Maryland.

118.    Defendant Girum Getachew is an adult resident of Washington, DC.

119.    Defendant Mekonnen Gizaw is an adult resident of Annandale, Virginia.

120.    Defendant Werede Mehret is an adult resident of Takoma Park, Maryland.

121.    Defendant Zelealem Anteneh is an adult resident of Hyattsville, Maryland.

122.    Known members of the Current Board are Belayneh Mengesha, Dires Masho, Getachew Degefu, Girma Tiruneh, Mersie Ejigu, Muluneh Woldetsadik, Tadele G/Wolde, Tadesse Beyene, Tadios Eshete, Teka Manaye, and Temesgen Kersema.

123.    Defendant Belayneh Mengesha is an adult resident of Clarksburg, Maryland.

124.    Defendant Dires Masho is an adult resident of Silver Spring, Maryland.

125.    Defendant Getachew Degefu is an adult resident of Springfield, Virginia.

126.    Defendant Girma Tiruneh is an adult resident of Washington, DC.

127.    Defendant Mersie Ejigu is an adult resident of Vienna, Virginia.

128.    Defendant Muluneh Woldetsadik is an adult resident of Morrisville, North Carolina.

129.    Defendant Tadele G/Wolde is an adult resident of Silver Spring, Maryland.

130.    Defendant Tadesse Beyene is an adult resident of Rockville, Maryland.

131.    Defendant Tadios Eshete is an adult resident of Washington, DC.

132.    Defendant Teka Manaye a/k/a Teka Manaye Mada is an adult resident of Takoma Park, MD.

133.    Defendant Temesgen Kersema is an adult resident of Springfield, Virginia.

134.    Known members of the Clergy are Abraham Habte Selassie, Fekreyohannes Haile, Hailu Lebu, Metenu Tesfa, Moges Seyoum, Tesfaye Mekoya Assegid, Tewodros Mulugeta, and Workneh Haile.

135.    Defendant Abraham Habte Selassie is an adult resident of New Carrollton, Maryland.

136.    Defendant Fekreyohannes Haile is an adult resident of Washington, DC.

137.    Defendant Hailu Lebu is an adult resident of Silver Spring, Maryland.

138.    Defendant Metenu Tesfa is an adult resident of Washington, DC.

139.    Defendant Moges Seyoum is an adult resident of Alexandria, Virginia.

140.    Defendant Tesfaye Mekoya Assegid is an adult resident of Silver Spring, Maryland.

141.    Defendant Tewodros Mulugeta is an adult resident of Rockville, Maryland.

142.    Defendant Workneh Haile is an adult resident of Alexandria, Virginia.

143.    The Individual Defendants comprising the Committee, the Interim Board, the Current Board and the Clergy collectively acted as agents of the Church and exercised actual or apparent authority over the conduct of the Church's operations and the control of Church assets, real and personal.

144.    The acts and omissions of the Individual Defendants complained of herein were committed within the scope of their actual or apparent authority, and done in order to further the

actual or perceived corporate interests of the Church, for which the Church itself is vicariously liable.

145.    The Individual Defendants comprising the Committee, the Interim Board, the Current Board and the Clergy, through their involvement in the criminal predicate acts and the tortious acts and omissions described below, are individually liable for their own tortious acts, and consequently are jointly and severally liable to Plaintiffs.

146.    The Individual Defendants comprising the Committee, the Interim Board, the Current Board and the Clergy, participated to a meaningful degree in the criminal predicate acts and the tortious acts and omissions described below, and thereby shared in the wrongful acts of the Church.

## JURISDICTION AND VENUE

147.    Subject matter jurisdiction of this Court is founded upon 28 U.S.C. § 1331, as to the counts raising questions arising under the laws of the United States, and upon the Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367 as to the remaining counts, which together form part of the same case or controversy.

148.    Venue lies in this Court pursuant to 28 U.S.C. § 1391(b) as the Defendant Church is resident within the District of Columbia, and because a substantial part of the events or omissions giving rise to the Plaintiffs' claims occurred within the District of Columbia.

## STATEMENT OF FACTS

149.    Plaintiffs are all former participating Members of the Defendant Church, who made regular dues contributions towards the Church's operating expenses and reserve funds, including a restricted Building Fund. The payment of dues contributions to the Church was, at all relevant times, a requirement of membership in the Church. Members who had paid their dues

contributions during the preceding six month period were entitled to vote at meetings of the Church's General Assembly. Among other functions, the General Assembly of the Church approved Church budgets. Thus, the Members collectively have ownership rights in Church assets.

150.   Over the course of several years beginning in around 2012, various controversies over Church governance arose.

151.   Without the knowledge of Plaintiffs, in 2013 a number of other members of the congregation formed the Committee, led by Aklilu Habte, which decided to take over control of the Church.

152.   Acting in concert with the Clergy, the members of the Committee held a number of regular meetings in person and by telephone conducted across state lines, for the purpose of planning and devising a scheme to obtain control of the money and property of the Church by means of false or fraudulent pretenses, representations and promises.

153.   At the end of services on Sunday, September 20, 2015, Habte addressed the congregation. He announced that the serving members of the Church's Board of Trustees (the "Serving Board") were dismissed, and, through false or fraudulent pretenses and representations, purported to appoint replacement interim trustees (the "Interim Board") of his, or the Committee's and/or the Clergy's, choosing.

154.   Following these events, the Serving Board closed and locked the Church premises to restore calm and avoid violence.

155.   On Friday, September 24, 2015, supporters of the Committee, the Interim Board and the Clergy, acting at the direction of and pursuant to the apparent authority of the

Committee, the Interim Board and the Clergy, gained entry to the Church and occupied it to the exclusion of specific members of the congregation, including the Plaintiffs.

156.     From then until the present time, the Committee, the Interim Board, the Current Board and/or the Clergy have controlled the operations of the Church by taking possession of the real property owned by the Church, by assuming governance and control over the congregation, and by controlling the conduct of religious services and related Church activities.

157.     From then until the present time, the Committee, the Interim Board, the Current Board and/or the Clergy, by assuming control of the operations of the Church, have converted to their own use the Church's annual stream of income, including substantial rental income, to the exclusion of Plaintiffs.

158.     From then until the present time, the Church, acting through its agents the Committee, the Interim Board, the Current Board and/or the Clergy and their supporters and co-conspirators, has denied Plaintiffs effective access to the Church because of Plaintiffs' support of the Serving Board, and/or Plaintiffs' refusal or failure to support the Committee, the Interim Board, the Current Board or the Clergy.

159.     From then until the present time, the Church, acting through its agents the Committee, the Interim Board, the Current Board and the Clergy has determined who would, or would not, be allowed access to Church property for purposes of attending or participating in religious services or other religious observances.

160.     The decisions to prevent access to the Church were enforced through intimidation, harassment and physical obstruction by the Church acting through its agents the Committee, the Interim Board, the Current Board and the Clergy, in concert with their supporters and co-conspirators.

161.    Being denied effective access to the Church, the Serving Board determined that it had to take legal action to remove trespassers from the Church property.  Litigation to this effect was initiated on October 2, 2015. That action was brought in the name of the Church by the Serving Board against known members of the Committee and/or the Interim Board.

162.    Subsequently, on or about December 9, 2015, the Church, acting through its agents the Committee and/or the Interim Board wrote to the Church's bank, Eagle Bank, asking it to freeze the Church's accounts, including the Building Fund.  Eagle Bank complied.  These accounts remain frozen.

163.    Eagle Bank is, on information and belief, a Maryland chartered commercial bank which is a member of the Federal Reserve System, and is an FDIC-insured community bank operating in Maryland, Virginia and the District of Columbia.

164.    The bank account deposits held by Eagle Bank in the name of the Church and/or apparent affiliate groups totals more than $3.8 million (net of debts).  Those deposits include substantial contributions made over the years by Plaintiffs, designated for accounting purposes as restricted net assets, to which Plaintiffs are now denied access, and thereby denied the benefit of the use of those funds for the purposes intended by Plaintiffs.

165.    Other bank accounts, including an account in which approximately $200,000.00 is on deposit with M&T Bank in Maryland, are owned in the name of the Church, and include substantial contributions made over the years by Plaintiffs, designated for accounting purposes as restricted net assets, to which Plaintiffs are now denied access, and thereby denied the benefit of the use of those funds for the purposes intended by Plaintiffs.

166.    The acts and omissions of the Church, acting through its agents the Committee, the Interim Board, the Current Board, the Clergy and their supporters and co-conspirators, have

proximately resulted in the denial to Plaintiffs of effective access to their place of worship at the Church premises.

167. The acts and omissions of the Church, acting through its agents the Committee, the Interim Board, the Current Board, the Clergy and their supporters and co-conspirators, have proximately resulted in the denial to Plaintiffs of the ability to exercise their voting rights in the Church's General Assembly and thereby denied them their share in the ownership of real and personal property owned in the name of the Church.

168. The acts and omissions of the Church, acting through its agents the Committee, the Interim Board, the Current Board, the Clergy and their supporters and co-conspirators, have proximately resulted in the denial to Plaintiffs of the use and control of their share of the financial assets and income stream of the Church, and further denied to Plaintiffs the benefit of the use of those funds for the purposes intended by Plaintiffs.

169. The acts and omissions of the Church, acting through its agents the Committee, the Interim Board, the Current Board, the Clergy and their supporters and co-conspirators, have proximately resulted in causing Plaintiffs to rent other church premises and assume other operational expenses for the purpose of conducting religious services that otherwise, but for the acts and omissions of the Church, acting through its agents the Committee, the Interim Board, the Current Board, the Clergy and their supporters and co-conspirators, would have been conducted in the Church premises.

## COUNT I
## RICO 1

170. Plaintiffs repeat, re-allege and incorporate by reference the allegations contained in Paragraphs 1 through 169, inclusive, as set forth above.

171.     Between 2013 and September 24, 2015, the Individual Defendants who were members of the Committee, acting in concert with the Individual Defendants who were included among the Clergy, devised a scheme to obtain control of the money and property of the Church by means of false or fraudulent pretenses, representations and promises.

172.     Individual Defendants who were members of the Committee and the Clergy communicated with each other for the purpose of executing such scheme through the transmission of written, telephonic, and electronic messages in interstate commerce on multiple occasions in violation of 18 U.S.C. § 1341 and 18 U.S.C. § 1343.

173.     Individual Defendants who were members of the Committee attended regular meetings in which they discussed their plans for executing their scheme to obtain control of the Church and its assets with Church members.

174.     Individual Defendants who were members of the Committee also held regular Committee meetings in person or by telephone.

175.     While the exact number of such illegal predicate acts is not presently known to Plaintiffs, it far exceeds two such acts in the 10 year period preceding the take-over of the Church by the Committee, the Interim Board and the Clergy on September 24, 2015.

176.     These illegal predicate acts constitute a pattern of racketeering activity by which the Individual Defendants acquired and maintained direct or indirect interest in and control of the affairs of the Church, which is engaged in, or the activities of which affect, interstate commerce in violation of 18 U.S.C. § 1962(b).

177.     Individual Defendants who are or were members of the Interim Board or the Current Board who joined in the conspiracy after the commission of these predicate acts knew about and approved those prior acts.

178.    The Church as an enterprise benefitted from the illegal predicate acts of the Individual Defendants through its assumption after September 25, 2015 of ownership and control over Church property, real and personal, and its future income stream, and therefore participated in or is vicariously liable for the damages caused by the illegal predicate acts of the Individual Defendants.

179.    The illegal predicate acts of the Individual Defendants proximately caused Plaintiffs' injuries and damages, in depriving them of access to and control over Church assets; depriving them of the benefit of the intended use of those assets; depriving them of benefitting from the ongoing income stream of the Church; causing them unnecessary economic loss and expense through the necessity of renting alternative church premises; and causing them severe and foreseeable emotional distress.

180.    Plaintiffs are entitled to treble damages and an award of their attorneys' fees and expenses incurred in bringing this action from the Church and the Individual Defendants, jointly and severally, pursuant to 18 U.S.C. § 1964(c).

## COUNT II
## RICO 2

181.    Plaintiffs repeat, re-allege and incorporate by reference the allegations contained in Paragraphs 1 through 180, inclusive, as set forth above.

182.    Between 2013 and September 24, 2015, Individual Defendants who were members of the Committee, acting in concert with the Individual Defendants who were included among the Clergy, devised a scheme to obtain control of the money and property of the Church by means of false or fraudulent pretenses, representations and promises.

183.    Individual Defendants who were members of the Committee and the Clergy communicated with each other for the purpose of executing such scheme through the

transmission of written, telephonic, and electronic messages in interstate commerce on multiple occasions in violation of 18 U.S.C. § 1341 and 18 U.S.C. § 1343.

184.    Individual Defendants who were members of the Committee attended regular meetings in which they discussed their plans for executing their scheme to obtain control of the Church and its assets with Church members.

185.    Individual Defendants who were members of the Committee also held regular Committee meetings in person or by telephone.

186.    While the exact number of such illegal predicate acts is not presently known to Plaintiffs, it far exceeds two such acts in the 10 year period preceding the take-over of the Church by the Committee, the Interim Board and the Clergy on September 24, 2015.

187.    Individual Defendants who were members of the Interim Board and the Current Board who joined in the conspiracy after the commission of these predicate acts by the Committee and the Clergy knew about and approved those prior acts.

188.    Individual Defendants were, at all relevant times, employed by or associated with the Church, an enterprise engaged in, or the activities of which affect, interstate commerce.

189.     Individual Defendants have at various times after September 25, 2015, continued to commit similar illegal predicate acts, and did so while participating, directly or indirectly, in the conduct of the Church's affairs through a pattern of racketeering activity in violation of 18 U.S.C. § 1962(c).

190.    The illegal predicate acts of the Individual Defendants proximately caused Plaintiffs' injuries and damages, in depriving them of access to and control over Church assets; depriving them of the benefit of the intended use of those assets; depriving them of benefitting from the ongoing income stream of the Church; causing them unnecessary economic loss and

expense through the necessity of renting alternative church premises; and causing them severe and foreseeable emotional distress.

191.     Plaintiffs are entitled to treble damages and an award of their attorneys' fees and expenses incurred in bringing this action from the Church and the Individual Defendants, jointly and severally, pursuant to 18 U.S.C. § 1964.

**COUNT III**
**NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

192.     Plaintiffs repeat, re-allege and incorporate by reference the allegations contained in Paragraphs 1 through 191, inclusive, as set forth above.

193.     By holding itself out as, and acting in the capacity of, a religious institution, and by undertaking the religious instruction and emotional counseling of its congregation, including Plaintiffs prior to September 24, 2015, the Defendant Church had an obligation to care for the spiritual and emotional well-being of Plaintiffs.

194.     The spiritual and emotional well-being of Plaintiffs was necessarily implicated by their close and devout relationship with the Church, and the Church, acting through its agents the Committee, the Interim Board, the Current Board and the Clergy knew or should have known that any infringement of the Plaintiffs' ability to worship in the Church entailed an especially likely risk of serious emotional distress.

195.     The Church acting through its agents the Committee, the Interim Board, the Current Board and the Clergy, has failed to exercise control over its supporters and co-conspirators within the Church congregation. Those supporters and co-conspirators, by various acts of intimidation, harassment and physical obstruction, effectively blocked Plaintiffs from access to the Church and thereby denied to Plaintiffs their ability to worship at the Church.

196.    The effective denial by the Church, through its agents the Committee, the Interim Board, the Current Board, and the Clergy acting in concert with their supporters and co-conspirators, of Plaintiffs' ability to worship at the Church proximately caused the Plaintiffs serious and verifiable emotional distress, including great pain of mind and body, shock, humiliation and loss of enjoyment of life, which has proven to be acute, enduring, and life-altering.

197.    Plaintiffs are each entitled to an award of compensatory damages for the negligent infliction of emotional distress from the Church and the Individual Defendants, jointly and severally, in an amount to be proved at trial.

**COUNT IV**
**NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS (CIVIL CONSPIRACY)**

198.    Plaintiffs repeat, re-allege and incorporate by reference the allegations contained in Paragraphs 1 through 197, inclusive, as set forth above.

199.    To the extent that acts and omissions that resulted in the infliction of emotional distress injuries upon Plaintiffs were committed by members of the Church's congregation who supported the Committee, the Interim Board, the Current Board and/or the Clergy, but were not acting pursuant to the express orders of the Church acting through its agents the Committee, the Interim Board, the Current Board or the Clergy, those agents of the Church entered into an agreement and conspired with their supporters to take such actions as they deemed necessary to deny Plaintiffs with access to the Church.

200.    This agreement was made in order to do an unlawful act, and/or to do a lawful act in an unlawful manner.

201.    This agreement resulted in overt acts by the Church, acting through its agents the Committee, the Interim Board, the Current Board and the Clergy along with their respective

supporters and co-conspirators that included harassment, intimidation, and physical obstruction, which effectively denied to Plaintiffs access to the Church.

202. The effective denial of Plaintiffs' ability to worship at the Church proximately caused the Plaintiffs serious and verifiable emotional distress, which has proven to be acute, enduring, and life-altering.

203. Plaintiffs are each entitled to an award of compensatory damages for the negligent infliction of emotional distress from the Church and the Individual Defendants, jointly and severally, in an amount to be proved at trial.

### COUNT V
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

204. Plaintiffs repeat, re-allege and incorporate by reference the allegations contained in Paragraphs 1 through 203, inclusive, as set forth above.

205. The acts of the Church, acting through its agents the Committee, the Interim Board, the Current Board and the Clergy that resulted in the infliction of emotional distress injuries upon Plaintiffs, were committed with the intent of causing injury and harm to the Plaintiffs.

206. The intentional acts and misconduct of the Church, acting through its agents the Committee, the Interim Board, the Current Board and the Clergy, were beyond the bounds of decency and without just cause or excuse.

207. The intentional denial to Plaintiffs of access to their place of worship is utterly intolerable in a civilized community.

208. Plaintiffs are each entitled to an award of compensatory damages for the intentional infliction of emotional distress from the Church and the Individual Defendants, jointly and severally, in an amount to be proved at trial.

209.    The intentional acts and misconduct of the Church, acting through its agents the Committee, the Interim Board, the Current Board, the Clergy and their supporters and co-conspirators, were outrageous, malicious, wanton, reckless  or in willful disregard of Plaintiffs' rights, entitling each Plaintiff to an award of punitive damages.

**COUNT VI**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (CIVIL CONSPIRACY)**

210.    Plaintiffs repeat, re-allege and incorporate by reference the allegations contained in Paragraphs 1 through 209, inclusive, as set forth above.

211.    To the extent that acts and omissions that resulted in the infliction of emotional distress injuries upon Plaintiffs were committed by members of the Church's congregation who supported the Committee, the Interim Board, the Current Board and/or the Clergy, but were not acting pursuant to the express orders of the Church acting through its agents the Committee, the Interim Board, the Current Board or the Clergy, those agents of the Church entered into an agreement and conspired with their supporters to take such actions as they deemed necessary to deny Plaintiffs with access to the Church.

212.    This agreement was made in order to do an unlawful act, and/or to do a lawful act in an unlawful manner.

213.    This agreement resulted in overt acts by the Church, acting through its agents the Committee, the Interim Board, the Current Board and the Clergy along with their respective supporters and co-conspirators that included harassment, intimidation, and physical obstruction, which effectively denied to Plaintiffs access to the Church.

214.    The effective denial of Plaintiffs' ability to worship at the Church proximately caused the Plaintiffs serious and verifiable emotional distress, which has proven to be acute, enduring, and life-altering.

215.    Plaintiffs are each entitled to an award of compensatory damages for the intentional infliction of emotional distress from the Church and the Individual Defendants, jointly and severally, in an amount to be proved at trial.

216.    The intentional acts and misconduct of the Church, acting through its agents the Committee, the Interim Board, the Current Board, the Clergy and their supporters and co-conspirators, were outrageous, malicious, wanton, reckless  or in willful disregard of Plaintiff's rights, entitling Plaintiffs to an award of punitive damages.

## COUNT VII
## CONVERSION

217.    Plaintiffs repeat, re-allege and incorporate by reference the allegations contained in Paragraphs 1 through 216, inclusive, as set forth above.

218.    The Plaintiffs, all of whom were Members of the Church prior to September 24, 2015, had a right to vote in the General Assembly of the Church, and to vote on its budget and the uses to which the property of the Church, including its real estate and bank accounts, were to be put.

219.    By their dues contributions over many years, the Plaintiffs contributed to the equity owned by the Church and, collectively, by all of its Members, in certain real estate.

220.    By their dues contributions over many years, the Plaintiffs contributed to the cash equity of the Church held on its account in various banks, including Eagle Bank and M&T Bank. Those deposits were largely comprised of monies designated as restricted net assets on the books and accounts of the Church, including but not limited to the Building Fund.

221.    On September 24, 2015, the Church, acting through its agents the Committee, the Interim Board, the Clergy and their supporters and co-conspirators, took control and possession of the Church building, parking lot, furniture, books, records, papers and programs.

43

222.     By its acts in barring Plaintiffs from the Church premises and in effectively denying to Plaintiffs their right to vote in the General Assembly, the Church, acting through its agents the Committee, the Interim Board, the Current Board, the Clergy and their supporters and co-conspirators, has intentionally exercised dominion or control over real and personal property which so seriously interferes with the right of the Plaintiffs to control that property that it amounts to a denial or repudiation of Plaintiffs' rights in such property.

223.     By ist acts in barring Plaintiffs from the Church premises and in effectively denying to Plaintiffs their right to vote in the General Assembly, the Church, acting through its agents the Committee, the Interim Board, the Current Board, the Clergy and their supporters and co-conspirators, has intentionally exercised dominion or control over the Church's income stream since September 25, 2015, in a manner which so seriously interferes with the right of the Plaintiffs to control their rightful share of that income that it amounts to a denial or repudiation of Plaintiffs' rights in such income.

224.     Plaintiffs are each entitled to an award of compensatory damages for the conversion of their rights in the real and personal property of the Church in an amount to be proved at trial.

225.     The acts and misconduct of the Church, acting through its agents the Committee, the Interim Board, the Current Board, the Clergy and their supporters and co-conspirators, were intentional, outrageous, malicious, wanton, reckless  or in willful disregard of Plaintiffs' rights, entitling Plaintiffs to an award of punitive damages.

## COUNT VIII
## UNJUST ENRICHMENT

226.     Plaintiffs repeat, re-allege and incorporate by reference the allegations contained in Paragraphs 1 through 225, inclusive, as set forth above.

227.    In exercising dominion and control over Church assets, real and personal, the Committee, the Interim Board, the Current Board and the Clergy, acting in the name of and as agents for the Church, have retained a benefit for the Church which in justice and equity belongs, in proportional part, to each of the Church Members, including the Plaintiffs.

228.    As between the Church and the Plaintiffs, it would be unjust for the former to retain the assets contributed or owned by the latter.

229.    The Church owes restitution to the Plaintiffs in an amount proportional to the Plaintiffs' respective contributions to, or ownership interest in, the equity owned by the Church in its real and personal property, in amounts to be proved at trial.

### COUNT IX
### CONSTRUCTIVE TRUST

230.    Plaintiffs repeat, re-allege and incorporate by reference the allegations contained in Paragraphs 1 through 229, inclusive, as set forth above.

231.    In order to force restitution and prevent unjust enrichment, Plaintiffs are entitled to relief in the form of a constructive trust, by which the assets of the Church, real and personal, are to be held in trust for the benefit of the Plaintiffs to the extent of their respective contributions to, or ownership interests in, those assets, to be applied to benefit Plaintiffs in a manner consistent with the original intended purpose of Plaintiffs' contributions, as determined in the sole discretion of Plaintiffs, and including the designation of an appropriate portion of the Church's Building Fund to pay for the purchase or construction of a new church premises for the use of Plaintiffs as a replacement place of worship.

232.    In order to provide for the availability of Church assets to pay damages owed to Plaintiffs in amounts to be proved at trial, Plaintiffs are entitled to relief in the form of a

constructive trust by which the assets of the Church, real and personal, are to be held in trust for the benefit of the Plaintiffs to the extent of their damages.

## COUNT X
## BREACH OF FIDUCIARY DUTIES

233.    Plaintiffs repeat, re-allege and incorporate by reference the allegations contained in Paragraphs 1 through 232, inclusive, as set forth above.

234.    At all relevant times, the Church, acting through its agents the Committee, the Interim Board, the Current Board and the Clergy, owed Plaintiffs a fiduciary duty to maintain the orderly conduct of religious services at the Church premises, and to ensure that no member of the Church congregation was denied access to those premises for the purpose of participating in religious services or other religious observances.

235.    Despite its duty of loyalty to all those in its congregation, including the Plaintiffs, the acts and omissions of the Church, acting through its agents the Committee, the Interim Board, the Current Board, the Clergy and their supporters and co-conspirators in effectively denying access to the Church to Plaintiffs by acts of harassment, intimidation, and physical obstruction, were in breach of the Church's fiduciary duties owed to Plaintiffs.

236.    The Church, acting through its agents the Committee, the Interim Board, the Current Board, the Clergy and their supporters and co-conspirators, knew or should have known that its acts and omissions were inconsistent with its fiduciary obligations to Plaintiffs.

237.    The acts and omissions of the Church, acting through its agents the Committee, the Interim Board, the Current Board, the Clergy and their supporters and co-conspirators, in breach of those fiduciary obligations, proximately caused harm to Plaintiffs.

238.    The harm proximately caused to Plaintiffs included both economic damages, such as the loss of ownership and control of Church assets and its income stream, as well as the costs

associated with the need to rent an alternative place of worship for the conduct of religious services from September 25, 2015 to the present; and non-economic damages, including the infliction of emotional distress on Plaintiffs.

239.    Plaintiffs are each entitled to an award of compensatory damages for the breach of fiduciary duties from the Church and the Individual Defendants, jointly and severally, in an amount to be proved at trial.

**COUNT XI**
**<u>NEGLIGENCE</u>**

240.    Plaintiffs repeat, re-allege and incorporate by reference the allegations contained in Paragraphs 1 through 239, inclusive, as set forth above.

241.    At all relevant times, the Church, acting through its agents the Committee, the Interim Board, the Current Board and the Clergy, owed Plaintiffs a duty of ordinary care to impose and enforce reasonable measures to maintain the orderly conduct of religious services at the Church premises, and to ensure that no member of the Church congregation was denied access to those premises for the purpose of participating in religious services or other religious observances.

242.    In breach of this duty owed to all those in its congregation, including the Plaintiffs, the Church, acting through its agents the Committee, the Interim Board, the Current Board and the Clergy failed to control or supervise their supporters and co-conspirators, allowing those supporters to effectively deny access to the Church to Plaintiffs by acts of harassment, intimidation, and physical obstruction.

243.    The acts and omissions of the Church, acting through its agents the Committee, the Interim Board, the Current Board, the Clergy, in breach of the duty of care owed to Plaintiffs, proximately caused harm to Plaintiffs.

244.    The harm proximately caused to Plaintiffs included both economic damages, such as the loss of ownership and control of Church assets and its income stream, as well as the costs associated with the need to rent an alternative place of worship for the conduct of religious services from September 25, 2015 to the present; and non-economic damages, including the infliction of emotional distress on Plaintiffs.

245.    Plaintiffs are each entitled to an award of compensatory damages for negligence from the Church and the Individual Defendants, jointly and severally, in an amount to be proved at trial.

**WHEREFORE**, Plaintiffs respectfully request that judgment be entered against the Defendant Church and the Individual Defendants, jointly and severally, and that Plaintiffs be awarded all damages allowed by law including compensatory damages, incidental and consequential damages, and statutory treble damages, and punitive damages in an amount not less than Ten Million Dollars ($10,000,000.00), plus attorneys' fees and costs of this suit, and such other and further relief as this Court deems just and proper.

Respectfully submitted,

Alemework Ambellu, Abebaw Yigzaw, Abebech Melese, Abebech Robi, Abera Haile, Abraham Shiferaw, Adanech Solomon, Akelile Mitchel, Alem Yiman, Alemeshet Muluneh, Almaz Maco, Amare Tekle, Ayelech Giru, Ayelework Awoke, Ayen Alem Berhanu, Azmera Gebreyesus, Belaie Woldemichaell, Berhanu Woldesemayat, Beyenech Demssie, Bezunesh Tsegaye, Birtukan Besha, Birtukan Senke, Blen Gizaw Degef, Elfenesh Adera, Emwedish Bekele, Etaferahu Yirga, Ethiopia Gete, Ethiopia Taddese, Eyerusalem Dagnachew, Fanaye G/Kidan, Frehiwot Bekele, Getachew Metaferia, Girma Awlachew, Girma Tesema, Gregory Brauer, Hailu Gebreyes, Haimanot Amare, Haregewoin Kefyalew, Hirut Babu Ashenafi, Kefey Wole, Kibebe W/Yohannes, Kongite Tadesse, Loza Bekele, Markos Zelelew, Martha Yiheyis, Mebrat Buli, Medemdemia Bekele, Mesert Belay, Mesfin Habtu, Mestawot Bekele, Michael Astatkie, Negede Girma,

Negeste Azeb Bekele, Neguissie Ashenafi, Paulos Amare, Raheal Mekuria, Rahel Debela, Romana Ayele, Samuel Abebe, Sebele Woldegebreal, Senait Ashenafi, Senedu Belachew, Shemeles Arega, Shewaye Habtemariam, Solomon Abraha, Solomon Meshesha, Solomon Tafesse, Takele Woldehiwot, Teguaded Kebede, Tekelemariam Tekelemariam, Temesgen Hailu, Tesfaye Yohannes, Tesfaye Moges, Teshome Ashenafi, Tigest Abreha, Tigist Ashenafi, Tirunesh Dagne, Tiruwork Abebe, Tiruwork Tessema, Tsegaye Kebede, Tsegereda Gizaw, Wessen Debela, Woineshet Kebede,    Woldebirhan Negash, Workabeba Feleke, Woulita Seyoum, Wubayehu Kassa, Yeayneabeba Dagnachew, Yemesrach Asfaw, Yemwodish Tafesse, Yeshi Teferi, Yeshialem Mengistu, Yeshiembet Gebreyes, Yeshihreg Mulatu, Yetemwork Daba, Yezeraw Andargie, Yiheyis Yetemegne, Yohannes Girma, Yohannes Mulatu, Zenebech Tesfaye, and Zewditu Abeba,

Plaintiffs
By Counsel

JACKSON & CAMPBELL, P.C.

By: /s/ Robert N. Kelly

Robert N. Kelly, Bar No. 287276

Attorney for Plaintiffs
1120 20th Street, N.W.
Suite 300-South
Washington, D.C.  20036
Telephone: (202) 457-1600
Facsimile: (202) 457-1678
Email: rkelly@jackscamp.com

## JURY DEMAND

Plaintiffs hereby demand trial by jury as to all issues of fact raised herein.

/s/ Robert N. Kelly
Robert N. Kelly